```
1  DAVID J. BEAUVAIS (CA Bar #84275)
   409 13th Street, 20th Floor
2  Oakland, California 94612
   Telephone: (510) 832-3605
3  Facsimile:  (510) 832-3610

4  Attorneys for Plaintiff
   MARCELLA LOGWOOD
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARCELLA LOGWOOD, | ) No. C 09-05729 WHA |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | ) |
| CITY OF BERKELEY; ELIZABETH, BASHAN, a police officer of the City of Berkeley in her individual capacity, | ) |
| Defendants. | ) |

The parties, through their respective counsel, hereby stipulate to continue the case management conference presently set for April 1 at 3:00 P.M. to April 22 at 11:00 A.M. This stipulation is based on conflicts in plaintiff's counsel's calendar as described in the declaration below.

**DECLARATION OF COUNSEL**

I, DAVID J. BEAUVAIS, declare as follows:

1. I am the attorney for the plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and if called as a witness, I would testify competently to the facts stated herein.

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE    1

1  2. I am attorney of record in the case of Schwenk v. County of Alameda which is set for a case management conference on April 1 at 3:00 P.M. before Judge Armstrong in Oakland.

3. The following Thursday, I am scheduled to appear in the morning in Santa Cruz County Superior Court for a trial readiness hearing in the case of People v. Raymon Tate. His trial is scheduled to commence on the following Monday and is anticipated to last five days.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 25, 2010 at Oakland, California.

/s/ David J. Beauvais
DAVID J. BEAUVAIS

IT IS SO STIPULATED.

DATED: March 25, 2010

/s/ David J. Beauvais
DAVID J. BEAUVAIS
Attorney for Plaintiff

DATED: March 25, 2010

/s/ Matthew Orebic
MATTHEW OREBIC
Office of the City Attorney
Attorney for Defendants

1  **ORDER**

2  The court having considered the declaration of counsel and the stipulation of the parties

3  and good cause appearing therefor:

4  IT IS HEREBY ORDERED that the case management conference is continued from April
April 29, 2010, at 11:00 a.m.  There will be no further continuances.
5  1, 2010 at 3:00 P.M. to ~~April 22, 2010~~ at 11:00 A.M.

_____
UNITED STATES DISTRICT JUDGE



COMPLAINT FOR DAMAGES