```
 1  Zach Cowan, City Attorney, SBN 96372
    Matthew J. Orebic, Deputy City Attorney, SBN 124491
 2  BERKELEY CITY ATTORNEY'S OFFICE
    2180 Milvia Street, Fourth Floor
 3  Berkeley, CA 94704
    Telephone:  (510) 981-6998
 4  Facsimile:  (510) 981-6960
    Email:  MOrebic@ci.berkeley.ca.us
 5

 6  Attorneys for Defendants
    CITY OF BERKELEY and ELIZABETH BASHAN
 7
```

 8                  UNITED STATES DISTRICT COURT

 9                 NORTHERN DISTRICT OF CALIFORNIA

| 10 | MARCELLA LOGWOOD, | No.  C09-05729 WHA (ADR) |
|----|---|---|
| 11 | Plaintiff, | **STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE** |
| 12 | v. | |
| 13 | CITY OF BERKELEY; ELIZABETH BASHAN, a police officer of the City of Berkeley, | |
| 14 | | |
| 15 | Defendants. | |

16

17                           **<u>STIPULATION</u>**

18       Plaintiff Marcella Logwood, through David Beauvais, her attorney herein, and

19  Defendants City of Berkeley and Elizabeth Bashan, through their attorney herein, Matthew J.

20  Orebic, hereby stipulate that plaintiff's entire Complaint is hereby dismissed with prejudice.

21  Each party is to bear their own costs and attorney's fees.

22   Dated:  June 7, 2010                    Respectfully submitted,

23                                           By:   /s/ David Beauvais
                                                   DAVID BEAUVAIS
24                                                 Attorney for Plaintiff, MARCELLA LOGWOOD

25  ///

26  ///

27  ///

28  ///

                                            1
         STIPULATION AND ORDER TO DISMISS COMPLAINT WITH PREJUDICE
                         NO. C09-05729 WHA (ADR)

1

2  Dated: June 7, 2010                ZACH COWAN, City Attorney
                                     MATTHEW J. OREBIC, Deputy City Attorney

3                                    By:   /s/ Matthew J. Orebic
                                           MATTHEW J. OREBIC
4                                          Attorneys for Defendants CITY OF
                                           BERKELEY and ELIZABETH BASHAN
5

6   PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE CLERK SHALL CLOSE THE FILE.**

7  Dated: June 14, 2010.

8                                    WILLIAM H. ALSUP
                                     United States District Judge

*APPROVED*
*Judge William Alsup*